UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATE LYNN BLATT, : | |
| Plaintiff, : | No. 5:14-cv-4822 |
| v. : | |
| : | |
| CABELA'S RETAIL, INC., : | |
| Defendant. : | |

**O R D E R**

**NOW**, this 24th day of November, 2015, upon consideration of the unopposed motion of amici curiae for leave to participate at oral argument on December 10, 2015, and to file a supplemental amicus brief in response to the Second Statement of Interest of the United States of America, **IT IS HEREBY ORDERED THAT**:

1. The motion, ECF No. 69, is **GRANTED**; and

2. Any supplemental amicus brief shall be filed **on or before December 1, 2015**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] This is the same date that the parties' briefs are due. See ECF Nos. 62, 67.