UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATE LYNN BLATT, | : |
| Plaintiff, | : |
| v. | : No. 5:14-cv-04822 |
| CABELA'S RETAIL, INC., | : |
| Defendant. | : |

# **O R D E R**

AND NOW, this 18th day of May, 2017, upon consideration of Defendant Cabela's Retail, Inc.'s Motion to Dismiss, ECF No. 13, and for the reasons set forth in the Opinion issued this date, it is ORDERED that the Motion, ECF No. 13, is DENIED.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge