UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| KATE LYNN BLATT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:14-cv-04822 |
| | : |
| CABELA'S RETAIL, INC., | : |
| | : |
| Defendant. | : |

_____

**O R D E R**

**AND NOW**, this 15th day of August, 2017, upon consideration of the parties' proposed stipulation for extension of deadlines in the Court's June 1 and June 15, 2017 orders, ECF Nos. 85, 89,[1] it is **ORDERED** that the proposed stipulation is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The proposed stipulation was submitted by letter to the Court dated August 14, 2017.